IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WAYNE COATNEY,<br><br>            Plaintiff,<br><br>     vs.<br><br>SUPER 8 WORLDWIDE, INC., a corporation doing business in Alabama; WYNDHAM HOTEL MANAGEMENT INC, a corporation doing business in Alabama; and SUPER 8 OGALLALA, a Nebraska business entity;<br><br>            Defendants. | 8:15CV150<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Attorney Richard E. Fikes to withdraw as counsel on behalf of Defendant Super 8 Ogallala, (filing no. 13), is granted.

May 11, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge