IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WAYNE COATNEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SUPER 8 WORLDWIDE, INC., a corporation doing business in Alabama; WYNDHAM HOTEL MANAGEMENT INC, a corporation doing business in Alabama; and SUPER 8 OGALLALA, a Nebraska business entity;<br><br>　　　　　　Defendants. | 8:15CV150<br><br>**ORDER** |

　　　　As part of its answer, Defendant Super 8 Ogallala moved to change the place of trial to North Platte. (Filing No. 15). The plaintiff has not responded.

　　　　Based on the evidence of record, (Filing No. 15-1), Plaintiff's alleged accident occurred in Ogallala, Keith County, Nebraska, and all witnesses and treatment providers are from that location. Ogallala is substantially closer to North Platte than it is to Omaha. For the convenience of the witnesses, (see NECivR 40.1(b)(1)), this case will be tried in North Platte, Nebraska.

　　　　Accordingly,

　　　　IT IS ORDERED that this case is assigned to the North Platte trial docket.

　　　　June 2, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge