IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WAYNE COATNEY,<br><br>        Plaintiff,<br><br>vs.<br><br>SUPER 8 WORLDWIDE, INC., a corporation doing business in Alabama; et. al;<br><br>        Defendants. | 8:15CV150<br><br>ORDER |

Upon the suggestion of Plaintiff's death (filing no. 34),

IT IS ORDERED:

1. This case is stayed until May 31, 2016, pending a determination of whether the decedent's claims will be revived and further litigated by Plaintiff's estate.

2. On or before May 31, 2016, Plaintiff's counsel shall either: 1) move to voluntarily dismiss this case; 2) file a motion to substitute the Plaintiff's estate or personal representative as the named plaintiff in this action; or, 3) file a report advising the court as whether Plaintiff's estate intends to further litigate this action and the current status of any court proceedings (state or bankruptcy) underway that may impact the progression of this case.

3. The clerk shall set a case management deadline of June 1, 2016 to confirm compliance with this order.

March 28, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge