IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WAYNE COATNEY,

                    Plaintiff,                                          **8:15CV150**

          vs.

SUPER 8 OGALLALA, a Nebraska business                      **ORDER**
entity;

                    Defendant.

The parties have represented to the court the parties have reached a final settlement in this case.   (Filing No. 37).   Plaintiff's counsel further represented he is currently in the process of resolving Medicare and Blue Cross Blue Shield Insurance Company liens and that the liens must be resolved prior to any final distribution of the settlement proceeds.

Accordingly,

IT IS ORDERED,

1)      The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

2)      Beginning Nov. 1, 2016, the parties shall provide this court with a status report regarding the lien negotiations and advise the court when final dismissal papers will be filed.

Dated this 30th day of September, 2016

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge