IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WAYNE COATNEY,<br><br>Plaintiff,<br><br>vs.<br><br>SUPER 8 WORLDWIDE, INC., a corporation doing business in Alabama; WYNDHAM HOTEL MANAGEMENT INC, a corporation doing business in Alabama; and SUPER 8 OGALLALA, a Nebraska business entity;<br><br>Defendants. | **8:15CV150**<br><br><br>**ORDER** |

This case was settled a year ago, but Defendant has been unable to pay the settlement amount because Medicare and Blue Cross/Blue Shield have not confirmed their lien amounts in writing.

Irrespective of the dilatory conduct of government and health insurance lienholders, this court is required to "secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. Consistent with that mandate, if the government and health insurance lienholders in this case do not provide the required documentation of their liens by May 1, 2017, the court will order Defendant to pay the settlement amount into the court, thus releasing Defendant from any further obligation: 1) regarding this litigation, or 2) to pay any party, person, governmental agency, or entity for Plaintiff's claimed injury and damages.

After Defendant's deposit is made, the court will retain jurisdiction over any litigation regarding the allocation of those settlement proceeds among Plaintiff, his counsel, and any lienholders.

April 21, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge