IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WAYNE COATNEY, <br><br> Plaintiff, <br><br> vs. <br><br> SUPER 8 OGALLALA, a Nebraska business entity; <br><br> Defendant. | **8:15CV150** <br><br> **ORDER** |

Defendant deposited a check in the amount of $5,000 with the Clerk of the Court for the United States District Court for the District of Nebraska on May 18, 2017. The funds have been deposited in an interest-bearing account pursuant to U.S.C. § 2041 and NECivR 67.1. No claim has been made to the money to date.

IT IS ORDERED:

If the money is not claimed on or before June 21, 2022, it will be considered abandoned and/or forfeited and will be deemed unclaimed.

Dated this 27th day of May, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge