IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WAYNE COATNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>SUPER 8 OGALLALA, a Nebraska business entity;<br><br>    Defendant. | **8:15CV150**<br><br>**ORDER** |

  Defendant deposited a check in the amount of $5,000 with the Clerk of the Court for the United States District Court for the District of Nebraska on May 18, 2017. The funds have been deposited in an interest-bearing account pursuant to U.S.C. § 2041 and NECivR 67.1.  On May 27, 2022, the undersigned entered an order stating that if the money is not claimed on or before June 21, 2022 it will be considered abandoned and/or forfeited and will be deemed unclaimed. (Filing No. 43). No claim has been made to the money to date.

  The court's records show that the funds have been unclaimed for more than a statutorily required period. The unclaimed funds have met the requirements pursuant to Volume 13, Chapter 10, Section 1020.10 of the Guide to Judiciary Policy, Eligibility for Transfer of Unclaimed Registry Funds, and the funds should be transferred.

  Accordingly,

  IT IS ORDERED:

1) The sum of $5,000, plus all accumulated interest shall be withdrawn from the Court Registry Investment System and deposited into the Registry Fund;

8:15-cv-00150-CRZ   Doc # 44   Filed: 06/24/22   Page 2 of 2 - Page ID # 132

2) The Clerk of the Court shall transfer the funds from the Court's Registry Fund to the Treasury of the United States Unclaimed Money Fund (613300).

Dated this 24th day of June, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge